# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MAURICE KENNETH MONTGOMERY,**

    Petitioner,

v.                                          Case No. 3:15cv43/MCR/CJK

**JULIE L. JONES,**

    Respondent.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 24, 2017. ECF No. 23. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were made.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, challenging petitioner's judgment of conviction and sentence in *State of Florida v. Maurice Kenneth Montgomery*, Escambia County Circuit Court Case No. 11-CF-4156, is DENIED.

3. The clerk is directed to close the file.

4. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 15th day of June, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**